

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2020

No. 04-19-00638-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**JASMINE ENGINEERING, INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file a motion for rehearing and en banc reconsideration is GRANTED IN PART. Time is extended until April 23, 2020. Further requests for extensions of time will be disfavored.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2020.

Michael A. Cruz,
Clerk of Court